■ THE PEOPLE OF THE STATE OF NEW YORK v. GASPER ALMODOVAR.— Motion to dismiss appeal granted. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ MAMIE SADLER v. FELIX TRISAN.— Motion for leave to dispense with printing denied, with leave to renew upon a proper showing of the jurisdiction of this court, the nature of the action and the recovery sought, the cost of printing the exhibits and the cost of printing the entire record on appeal. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ NANCY KRITIKOS v. BRONX HOSPITAL.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellants' points, upon condition that the appellants serve one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellants' points on the attorneys for the respondents and file 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellants' points with this court on or before March 5, 1963, with notice of argument for the April 1963 Term of this court, said appeal to be argued or submitted when reached. The order of this court entered on November 29, 1962 is modified accordingly. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of CUP & SAUCER COTTAGE REST., INC. v. NEW YORK STATE LIQUOR AUTHORITY.— Motion to dispense with printing granted insofar as to dispense with the printing in the record on appeal all the exhibits listed in "Exhibit A" attached to the amended affidavit in support of said motion, on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of ROBERT BRENNAN v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles.— Motion for a stay granted on condition that petitioner procures the record in this proceeding and petitioner's points to be served and filed on or before March 5, 1963, with notice of argument for the April 1963 Term of this court, said proceeding to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ (A) JULIUS FURST v. MASSACHUSETTS BONDING & INSURANCE COMPANY. (B) RAPID ELECTRIC COMPANY, INC. v. ALDINE METAL PRODUCTS CORP. (C) In the Matter of the Arbitration between MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION and MARTIN J. DOWNEY.— [In each action] Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.